**United States Bankruptcy Court**
Eastern District of Pennsylvania

In re  Andri L Council, Jr.                                     Case No.  23-12687/pmm
                                    Debtor                      Chapter    13

## DEBTOR'S MOTION TO EXTEND AUTOMATIC STAY

The debtor, Andri L Council, Jr. ("Debtor"), through his attorney, Bradly E. Allen, Esquire requests that the Court extend the automatic stay under 11 U.S.C. § 362(a) as to all creditors pursuant to 11 U.S.C. §362(c)(3)(B). In support of his request, Debtor states as follows:

1. Debtor had three prior Chapter 13 Bankruptcy cases which were dismissed for not making trustee payments. The most recent case, No. 22-10464 filed on February 25, 2022 was confirmed on December 6, 2022. Debtor's case was dismissed on April 5, 2023 for not making his trustee payments.

2. The reason that debtor fell behind on his Chapter 13 Plan payments was that debtor's business had temporarily slowed down toward the end of 2022 which made it difficult for him to keep up with his Plan payments. In addition, Debtor's dog died in December of 2022. As a result, he incurred vet bills and other expenses of approximately $3,500.00 that were paid.

3. Debtor had a previous case filed on March 2, 2020, No. 20-11322 that was confirmed on December 22, 2020. The case was dismissed on May 11, 2021 due to debtor not making his trustee payments.

4. Debtor had another Chapter 13 case, No. 17-12273 filed on March 31, 2017 and confirmed on February 7, 2019. The case was dismissed on November 14, 2019 due to missed trustee payments.

5. Debtor is earning more income now in his property management business than he was in his prior case. Debtor's income from his employment with BARC in which he receives a bi-weekly paycheck is approximately the same as it was in his last case. Debtor's additional income will be sufficient for him to be able to make his trustee payments in this case.

6. The petition in this case has been filed in good faith as to all creditors. Debtor believes that his Chapter 13 plan will be confirmed and that he will be able to fully perform under the terms of the plan.

WHEREFORE, Debtor requests that this Court continue the automatic stay under §362(a) as to all creditors for the duration of this Chapter 13 proceeding.

Dated:  September 11, 2023                      Respectfully submitted,

                                                By:  /s/ Bradly E. Allen, Esquire
                                                     Bradly E. Allen, Esquire
                                                     Attorney for Debtor

# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re   ANDRI L. COUNCIL, JR  
Debtor

NO. 23-12687/PMM  
CH. 13

# ORDER

AND NOW, this _____ day of _____, 2023 it is hereby ORDERED and DECREED that the Automatic Stay Under Section 362(c)(3)(B) of the Bankruptcy Code is hereby extended for the duration of Debtor's case and which will act an automatic stay against all creditors in Debtor's case.

Dated: _____

BY THE COURT:

_____  
HONORABLE PATRICIA M. MAYER  
United States Bankruptcy Judge