SEQ 000084

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| KH / 2OU 26877829 | 01/ | 50090 | 1 of 1 |

Baltimore Avenue Redevelopment Corp
3900 Ford Rd
Apt 23F
Philadelphia, PA 19131-2064

# Earnings Statement

**ADP**

Period Starting: 06/26/2023
Period Ending: 07/09/2023
Pay Date: 07/10/2023

Taxable Filing Status: Single
Exemptions/Allowances:
  Federal: Std W/H Table
  State: 0
  Local: 0
Social Security Number: XXX-XX-XXXX

Tax Override:
  Federal: 0.00 Addnl
  State:
  Local:

Andri L Council
37 W Rockland Street
Philadelphia, PA 19144

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 40.00 | 960.00 | 13440.00 |
| **Gross Pay** | | | **$960.00** | **$13,440.00** |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 40.00 | 560.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -42.78 | 598.92 |
| Social Security | -59.52 | 833.28 |
| Medicare | -13.92 | 194.88 |
| Pennsylvania State Income | -29.47 | 412.58 |
| Pennsylvania State UI | -0.67 | 9.40 |
| Phila R Local Income | -36.38 | 509.32 |
| **Net Pay** | **$777.26** | |

**Important Notes**
Basis of pay: Salaried

© 1998, 2006 ADP Inc. All Rights Reserved.

Your federal taxable wages this period are $960.00

```
SEQ 000117
Company Code      Loc/Dept   Number   Page
KH / 2OU 26877829   01/      50093    1 of 1
         Baltimore Avenue RedevelopmentCorp
         3900 Ford Rd
         Apt 23F
         Philadelphia, PA 19131-2064
```

**Earnings Statement** 

Period Starting:  07/10/2023
Period Ending:    07/23/2023
Pay Date:         07/24/2023

Taxable Filing Status: Single
Exemptions/Allowances:
  Federal:  Std W/H Table
  State:    0
  Local:    0
Social Security Number: XXX-XX-XXXX

Tax Override:
  Federal:  0.00 Addnl
  State:
  Local:

**Andri L Council**
37 W Rockland Street
Philadelphia, PA 19144

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular |  | 40.00 | 960.00 | 14400.00 |
| **Gross Pay** |  |  | **$960.00** | **$14,400.00** |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 40.00 | 600.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -42.78 | 641.70 |
| Social Security | -59.52 | 892.80 |
| Medicare | -13.92 | 208.80 |
| Pennsylvania State Income | -29.47 | 442.05 |
| Pennsylvania State UI | -0.67 | 10.07 |
| Phila R Local Income | -36.38 | 545.70 |

**Important Notes**
Basis of pay: Salaried

| Net Pay | $777.26 |
|---|---|

Your federal taxable wages this period are $960.00

SEQ 000118

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| KH / 2OU 26877829 | 01/ | 50095 | 1 of 1 |

Baltimore Avenue RedevelopmentCorp
3900 Ford Rd
Apt 23F
Philadelphia, PA 19131-2064

## Earnings Statement  ADP

Period Starting: 07/24/2023
Period Ending: 08/06/2023
Pay Date: 08/07/2023

Taxable Filing Status: Single
Exemptions/Allowances:
 Federal: Std W/H Table
 State: 0
 Local: 0
Social Security Number: XXX-XX-XXXX

Tax Override:
 Federal: 0.00 Addnl
 State:
 Local:

**Andri L Council**
37 W Rockland Street
Philadelphia, PA 19144

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 40.00 | 960.00 | 15360.00 |
| **Gross Pay** | | | **$960.00** | **$15,360.00** |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 40.00 | 640.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -42.78 | 684.48 |
| Social Security | -59.52 | 952.32 |
| Medicare | -13.92 | 222.72 |
| Pennsylvania State Income | -29.47 | 471.52 |
| Pennsylvania State UI | -0.68 | 10.75 |
| Phila R Local Income | -36.00 | 581.70 |

**Net Pay**    **$777.63**

**Important Notes**
Basis of pay: Salaried

Your federal taxable wages this period are $960.00