## nited States Bankruptcy Court
### Eastern District of Pennsylvania

In re  **Andri L Council, Jr.**                                                                                              Case No.  **23-12687pmm**
                                                        Debtor(s)                                                             Chapter  **13**

## CERTIFICATE OF NO RESPONSE

I hereby certify that on September 11, 2023 a copy of a Motion to Extend Automatic Stay along with the Notice of Hearing of Motion scheduled for September 27, 2023 at 1:00 pm. was served electronically or by regular United States mail to the parties and the Trustee listed below and none of the parties have filed a Response:

Andri I. Council, Jr.
37 W. Rockland St.
Philadelphia, PA 19144

PHFA
211 North Front Street
Harrisburg, PA 17101

PA Dept of Revenue
Bankruptcy Division
PO Box 280946
Harrisburg, PA 17128-0946

PGW
Bankruptcy Dept.
800 W. Montgomery Ave.
Philadelphia, PA 19122

Midland Funding, LLC
c/o Arthur Lashin, Esquire
123 S. Broad St. Ste. 1660
Philadelphia, PA 19109

Midland Funding
PO Box 2011
Warren, MI  48090

ECMC
PO Box 16408
St. Paul, MN  55116-0408

US Dept of Education
PO Box 16448
St. Paul, MN  55116-0448

PECO Energy
2301 Market St.
Philadelphia, PA 19101

Water Revenue Bureau c/o
City of Philadelphia
Law Dept. Tax Unit
1401 JFK Blvd., 5th Floor
Philadelphia, PA 19102

Water Revenue Bureau
PO Box 41496
Philadelphia, PA 19101

PA Housing Finance
c/o KML Law Group
701 Market Street, Suite 5000
Philadelphia, PA 19106

Electronic mail to:

Kenneth E. West, Ch 13 Trustee

US Trustee

**/s/ Bradly E. Allen, Esquire**

**Bradly E. Allen**
**7711 Castor Avenue**
**Philadelphia, PA 19152**
**215-725-4242Fax:215-725-8288**
**bealaw@verizon.net**

DATED; September 27, 2023