Taxable Filing Status: Single
Exemptions/Allowances:
Federal: Std W/H Table
State: 0
Local: 0
Social Security Number: XXX-XX-XXXX

Tax Override:
Federal: 0.00 Addnl
State:
Local:

**Andri L Council**
**37 W Rockland Street**
**Philadelphia, PA 19144**

| nings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| ular | | 40.00 | 960.00 | 16320.00 |
| Gross Pay | | | **$960.00** | $16,320.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -42.78 | 727.26 |
| Social Security | -59.52 | 1011.84 |
| Medicare | -13.92 | 236.64 |
| Pennsylvania State Income | -29.47 | 500.99 |
| Pennsylvania State UI | -0.67 | 11.42 |
| Phila R Local Income | -36.00 | 617.70 |
| **Net Pay** | **$777.64** | |

| Other Benefits and Information | this period | year to dat |
|---|---|---|
| Total Hours Worked | 40.00 | 680.0 |

**Important Notes**

Basis of pay: Salaried

Your federal taxable wages this period are $960.00

Y DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT

3-180/360

Baltimore Avenue Redevelopment Corp
3900 Ford Rd
Apt 23F
Philadelphia, PA 19131-2064

**Payroll Check Number:** 50097
**Pay Date:** 08/21/2023

the
of: Andri L Council

**$777.64**