# nited States Bankruptcy Court
## Eastern District of Pennsylvania

In re **Andri L Council, Jr.**     Debtor(s)     Case No. **23-12687/PMM**     Chapter **13**

## CERTIFICATE OF SERVICE

I hereby certify that on February 2, 2024 a copy of an Amended Chapter 13 Plan was served electronically or by regular United States mail to the parties and the Trustee listed below:

Andri I. Council, Jr.
37 W. Rockland St.
Philadelphia, PA 19144

PHFA
211 North Front Street
Harrisburg, PA 17101

PA Dept of Revenue
Bankruptcy Division
PO Box 280946
Harrisburg, PA 17128-0946

PGW
Bankruptcy Dept.
800 W. Montgomery Ave.
Philadelphia, PA 19122

Water Revenue Bureau
c/o City of Philadelphia Law Dept.
Bankruptcy Group
1401 JFK Blvd.
Philadelphia, PA 19102

ECMC
PO Box 16408
St. Paul, MN 55116-0408

US Dept of Education
PO Box 16448
St. Paul, MN 55116-0448

Verizon
by American Infosource as agent
4515 N. Santa Fe Ave.
Oklahoma City, OK 73118

Electronic mail to:

Mark Cronin, Esquire
on behalf of U.S. Bank National Assoc/ PHFA

Leon P. Haller
on behalf of PHFA

Pamela Elchert Thurmond
on behalf of City of Philadelphia

Kenneth E. West, Ch 13 Trustee

US Trustee

/s/ Bradly E. Allen, Esquire

Bradly E. Allen
7711 Castor Avenue
Philadelphia, PA 19152
215-725-4242 Fax:215-725-8288
bealaw@verizon.net